# MAIN STREET LEGAL SERVICES, INC.



**BATTERED WOMEN'S RIGHTS CLINIC**
Maria Arias
Susan J. Bryant
Donna H. Lee

**CLINIC SOCIAL WORK SUPERVISOR**
Martha Garcia

**DEFENDER CLINIC**
Gail Gray
Steven M. Zeidman

**ECONOMIC JUSTICE PROJECT**
Wendy Bach
Stephen Loffredo

**CLINIC ADMINISTRATOR**
Dorothy Mahulew

LAW IN THE SERVICE OF HUMAN NEEDS
**CUNY SCHOOL OF LAW**
CITY UNIVERSITY OF NEW YORK

65-21 MAIN STREET
FLUSHING, NEW YORK 11367

EMAIL: msls@mail.law.cuny.edu
TEL: (718) 340-4300
FAX: (718) 340-4478

**ELDER LAW CLINIC**
Wendy Bach
Joseph Rosenberg

**IMMIGRANT & REFUGEE RIGHTS CLINIC**
Sameer Ashar
Donna Lee
Alizabeth Newman
Liliana Yanez

**INTERNATIONAL WOMEN'S HUMAN RIGHTS CLINIC**
Rhonda Copelon
Andrew Fields
Vanida Nuttur

**MEDIATION CLINIC**
Beryl Blaustone
Cheryl Howard

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: FEB 28 2007

BY FACSIMILE

Hon. George B. Daniels
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 360
New York, NY 10007

February 27, 2007

**SO ORDERED**

The conference is rescheduled to March 27, 2007 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS
FEB 2 8 2007

Re: *Mamun, et al. v. Boulud, et al.*, 06-CV-13749
(GBD) (JCF)

Dear Judge Daniels:

We represent Plaintiffs in the action captioned above and write to request that the initial pretrial conference scheduled for March 1, 2007 be adjourned due to ongoing settlement discussions between the parties. Defendants have consented to this request.

Both parties request that the conference be rescheduled during the week of March 19 or another date soon thereafter that is convenient for the Court.

Respectfully,

Sameer M. Ashar
Supervising Attorney

*Attorneys for Plaintiffs*

cc: Daniel S. Moretti, Esq.
Tushar J. Sheth, Esq.

