# MAIN STREET LEGAL SERVICES, INC.

BATTERED WOMEN'S
RIGHTS CLINIC
Maria Arias
Susan J. Bryant
Donna H. Lee

CLINIC SOCIAL WORK
SUPERVISOR
Martha Garcia

DEFENDER CLINIC
Gail Gray
Steven M. Zeidman

ECONOMIC JUSTICE
PROJECT
Wendy Bach
Stephen Loffredo

CLINIC ADMINISTRATOR
Dorothy Matthew

LAW IN THE SERVICE OF HUMAN NEEDS

## CUNY SCHOOL ☙ LAW
CITY UNIVERSITY OF NEW YORK

65-21 MAIN STREET
FLUSHING, NEW YORK 11367

EMAIL: msls@mail.law.cuny.edu

TEL: (718) 340-4300
FAX: (718) 340-4378

ELDER LAW CLINIC
Wendy Bach
Joseph Rosenberg

IMMIGRANT & REFUGEE
RIGHTS CLINIC
Sameer Ashar
Donna Lee
Elizabeth Newman
Laura Yuste

INTERNATIONAL WOMEN'S
HUMAN RIGHTS CLINIC
Rhonda Copelon
Andrew Fields
Shada Nasrar

MEDIATION CLINIC
Daryl Elliston
Cheryl Howard



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 2 2007

March 21, 2007

BY FACSIMILE

Hon. George B. Daniels
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 360
New York, NY 10007

**SO ORDERED**
The conference is rescheduled
to April 11, 2007 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS
MAR 2 2 2007

Re: *Mamun, et al. v. Boulud, et al.*, 06-CV-13749
(GBD) (JCF)

Dear Judge Daniels,

We represent Plaintiffs in the above-captioned action and write to request that the initial conference scheduled for March 27, 2007 be adjourned. We do so as per the suggestion of your Court Clerk, after informing him of the ongoing settlement negotiations between the parties. Defendants have consented to this request.

Both parties request that the conference be rescheduled during the week of April 10 or another date soon thereafter that is convenient for the Court.

Respectfully,

*Sameer Ashar*

Sameer M. Ashar
Supervising Attorney

*Attorneys for Plaintiffs*

Cc: Daniel S. Moretti, Esq.
    Tushar J. Sheth, Esq.

