# MAIN STREET LEGAL SERVICES, INC.

**BATTERED WOMEN'S RIGHTS CLINIC**
Maria Arias
Susan J. Bryant
Donna H. Lee

**CLINIC SOCIAL WORK SUPERVISOR**
Martha Garcia

**DEFENDER CLINIC**
Gail Gray
Steven M. Zeidman

**ECONOMIC JUSTICE PROJECT**
Wendy Bach
Stephen LoYredo

**CLINIC ADMINISTRATOR**
Dorothy Matthew

LAW IN THE SERVICE OF HUMAN NEEDS
## CUNY SCHOOL ℒAW
CITY UNIVERSITY OF NEW YORK

65-21 MAIN STREET
FLUSHING, NEW YORK
EMAIL: msls@mail.law.cuny.edu
TEL: (718) 340-4300
FAX: (718) 340-4478

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 0 2007

**ELDER LAW CLINIC**
Wendy Bach
Joseph Rosenberg

**IMMIGRANT & REFUGEE RIGHTS CLINIC**
Sameer Ashar
Donna Lee
Alizabeth Newman
Liliana Yanez

**INTERNATIONAL WOMEN'S RIGHTS CLINIC**
Rhonda Copelon
Andrea Fields
Vanessa Nainar

**MEDIATION CLINIC**
Beryl Blaustein
Cheryl Howard

April 9, 2007

BY FACSIMILE

Hon. George B. Daniels
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 360
New York, NY 10007

**SO ORDERED**
The conference is scheduled to
May 10, 2007 at 9:30 a.m.

APR 1 0 2007
/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: *Mamum, et al. v. Boulud, et al.*, 06-CV-13749 (GBD) (JCF)

Dear Judge Daniels,

We represent Plaintiffs in the above-captioned action and write to request that the initial conference scheduled for April 11, 2007 be adjourned. We apologize for requesting an adjournment for a third time, but settlement negotiations between the parties are near completion. Defendants have consented to this request.

Both parties request that the conference be rescheduled during the week of May 8th or another date soon thereafter that is convenient for the Court.

Respectfully,

Sameer M. Ashar
Supervising Attorney

*Attorneys for Plaintiffs*

Cc: Daniel S. Moretti, Esq.
Tushar J. Sheth, Esq.

