```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 4 2007
```

# LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

DANIEL S. MORETTI
MEMBER
TEL: (212) 238-4835
EMAIL: dmoretti@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NY 10271-0079
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
Newark, NJ 07102
Tel: (973) 623-2700

2133 Arch Street
Philadelphia, PA 19103
Tel: (215) 561-8540

May 9, 2007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. D...

MAY 1 4 2007

**Via Facsimile**

Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan US Court House
500 Pearl Street
Room 630
New York, New York 10007

   Re: Mamun, et al. v. Boulud, et al.
       06 CV 13749 (GBD) (JCF)

Dear Judge Daniels:

   We represent defendants in the above-captioned matter, in which a preliminary conference has been scheduled for May 10, 2007.

   Based on my discussion with Chambers, this will confirm that the preliminary conference with the Court scheduled for May 10, 2007, is now adjourned to May 31, 2007, at 9:30 a.m.

   We thank the Court for its consideration.

                                   Respectfully,

                                   *Daniel Moretti*

                                   Daniel S. Moretti

cc:  Tushar J. Sheth, Esq. (by fax)
     Sameer Asher, Esq.    (by fax)

440792.1 DocsNY