

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
99 HUDSON STREET, 12 FL • NEW YORK, NY 10013 • TEL 212.966.5932 • FAX 212.966.4303 • INFO@AALDEF.ORG

May 30, 2007

VIA FACSIMILE

Hon. George B. Daniels
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  MAY 3 1 2007
```

**SO ORDERED**

*George B. Daniels*

GEORGE B. DANIELS
MAY 3 1 2007

Re: *Mamun et al. v. Boulud et al.*, 06CV13749 (GBD)(JCF)

Dear Judge Daniels

I represent Plaintiffs in the above stated matter. As per Counsel for Defendant's conversation with chambers today, Plaintiffs respectfully request an adjournment of the May 31, 2007 conference with the Court to June 21, 2007. A settlement is imminent in this matter and should be completed by that time.

This is the fifth adjournment requested by the parties of the initial conference. The Court has granted each of these previous requests. Defendants consent to this request.

Please contact me should Your Honor have any questions.

Respectfully,

Tushar J. Sheth
Staff Attorney

cc: Sameer Ashar, Esq.
    Daniel Moretti, Esq.