# LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

JOEL A. PADILLA, ESQ.
ASSOCIATE

TEL: (212) 393-7925
EMAIL: jpadilla@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NY 10271-0079
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848

One Gateway Center
Newark, NJ 07102
Tel: (973) 623-2700

2133 Arch Street
Philadelphia, PA 19103
Tel: (215) 561-8540

JUN 2 0 2007

June 20, 2007

**SO ORDERED**

*signature: George B Daniels*

HON. GEORGE B. DANIELS

JUN 2 0 2007

**Via Facsimile**

Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan US Court House
500 Pearl Street
Room 630
New York, New York 10007

Re: Mamun, et al. v. Boulud, et al.
    06 CV 13749 (GBD) (JCF)

Dear Judge Daniels:

We represent defendants in the above-captioned matter, in which a preliminary conference has been scheduled for June 21, 2007.

As per my discussion with Chambers, the parties to this matter are in the process of finalizing settlement. Thus, this will confirm that the preliminary conference with the Court scheduled for June 21, 2007, will now take place on August 2, 2007, at 9:30 a.m.

We thank the Court for its consideration.

Respectfully,

Joel A. Padilla

440792.1 DocsNY

## Landman Corsi Ballaine & Ford P.C.

Honorable George B. Daniels
June 20, 2007
Page 2

cc:  Tushar J. Sheth, Esq. (by fax)
     Sameer Asher, Esq.  (by fax)

440792.1 DocsNY