UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MIR KADIR MAMUN, JOSE ARENAS,
IGNACIO GARCIA, HECTOR GUTIERREZ,
MOHAMMED MOLLICK MIAH, JOSE GOMEZ
and LUIS HUMBERTO MOROCHO,

        Plaintiffs,

    -against-

DANIEL BOULUD, THE DINEX GROUP, LLC
d.b.a. DANIEL, DANIEL BOULUD LTD.,
MICHAEL LAWRENCE and IGNACE LECLEIR,

        Defendants.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 7 2007
```

06-CV-13749 (GBD) (JCF)

STIPULATION OF DISMISSAL

ECF Case

WHEREAS, the parties having fully settled this matter, Plaintiffs Mir Kadir Mamun, Jose Arenas, Ignacio Garcia, Hector Gutierrez, Mohammed Mollick Miah, Jose Gomez and Luis Humberto Morocho and Defendants Daniel Boulud, The Dinex Group, LLC d.b.a. Daniel, Daniel Boulud Ltd., Michael Lawrence and Ignace Lecleir, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the Complaint and this action be and they hereby are dismissed with prejudice, each party to bear its own costs.

New York, New York

_____ Date 7/30/07
Tushar J. Sheth (TS 5672)
Asian American Legal
  Defense and Education Fund
99 Hudson St, 12th Floor
New York, NY 10013
*Attorneys for Plaintiffs*

_____ Date 7/30/07
Daniel Moretti
Landman Corsi Ballaine & Ford
120 Broadway, 27th floor
New York, NY 10271
*Attorneys for Defendants*

SO ORDERED:

_____ Date NOV 0 7 2007
Hon. George B. Daniels
United States District Judge

HON. GEORGE B. DANIELS